Jason Vogelpohl #252407
**Central Coast Bankruptcy, Inc.**
532 Pajaro Street
Salinas, CA, 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

Signed and Filed: August 1, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

MANZANARES, Efrain

MANZANARES, Nora

    Debtor(s)

_____/

Case No.: 19-51427
Chapter 13

**ORDER GRANTING MOTION OF DEBTORS TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS**

    The Motion to Extend Automatic Stay as to All Creditors and all supporting documents having been served on all creditors, and no Objections or request for hearing having been filed, and good cause appearing;

    IT IS ORDERED THAT the automatic stay is extended with respect to all creditors until the Debtors' Chapter 13 Bankruptcy case has been discharged, dismissed, or until further order of this Court.

**\*\*END OF ORDER\*\***

Court Service List